AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 APR 10  AM 10: 23
CLERK
BY____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Angelo Peter Efthimiatos | ) | Case No. 2:18-mj-38 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9-10, 2018__ in the county of __Rutland__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 USC 46317 | knowingly and willfully serving in any capactiy as an airman operating an aircraft in air transportation without an airman's certificate authorizing him to serve in that capacity, to wit, serving as the pilot of a Piper Aircraft, tail number N4563F, without a certificating authorizing him to serve as the pilot of such plane. |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Brandon Hope
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/10/2018__

_____
*Judge's signature*

City and state: __Burlington, Vermont__    Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*