NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

v.                                                        Case No. 2:18cr49-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m., on, Friday, May 04, 2018, in Burlington, Vermont, before Honorable John M. Conroy, Magistrate Judge, for an Arraignment.

Location: Courtroom 440

JEFFREY S. EATON, Clerk
By: /s/ *Jeffrey J. Jarvis*
Deputy Clerk
4/27/2018

TO:

Eugenia A. Cowles, AUSA

Steven L. Barth, AFPD