# United States District Court
### for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
5/4/18
BY _____
DEPUTY CLERK

United States of America

v.

Angelo Efthimiatos

Case Number: 2:18-cr-49

**Waiver of Appearance**
**For Arraignment**
**(Rule 10(b), Fed. R. Crim. P.)**

I, Angelo Efthimiatos, charged in an (indictment)(information) pending in the District of Vermont in violation of Title 49, U.S.C., 46306(b)(7), do hereby *waive (give up)* my right to appear at an arraignment.

I acknowledge that I have received and reviewed a copy of the (indictment) (information) and have agreed to enter a plea of not guilty.

5/3/18
Date

_____
Defendant

_____
Counsel for Defendant

The defendant's request to waive appearance at the arraignment is hereby APPROVED.

05/04/2018
Date

_____
Judicial Officer