UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:18-cr-49 |
| | ) | |
| ANGELO PETER EFTHIMIATOS, | ) | |
|     Defendant. | ) | |

**OPPOSITION TO MOTION FOR RECONSIDERATION OF DETENTION**

NOW COMES the United States of America, by and through its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, and moves in opposition to defendant's motion for reconsideration of the order of pretrial detention.

As the government argued in its initial motion for detention, the Court should detain Efthimiatos because there are no conditions of release which will assure the Court of his appearance. While Efthimiatos now argues his family responsibilities will anchor him in the district and ensure his appearance at future hearings, these same family issues existed well in advance of his detention in this case.  At the time of the charged offense, defendant was on supervised release, with conditions specifically limiting his travel to within the state of Vermont. He was, in fact, visited by his supervising pretrial services officer only hours after his charged flight. Nevertheless, despite his conditions, the attention of pretrial services and the needs of both his wife and child, Efthimiatos left the district, flying from Vermont to Massachusetts and back without notice to pretrial or permission of the Court. He has demonstrated that there are no conditions which he will obey or which will ensure his presence in the district and his appearance at future proceedings. He should remain detained.

Dated at Burlington, Vermont, this 30th day of July, 2018.

                              CHRISTINA E. NOLAN
                              United States Attorney

By:    */s/ EUGENIA A.P. COWLES*
        EUGENIA A.P. COWLES
        Chief, Criminal Division
        U.S. Attorney's Office
        P.O. Box 570
        Burlington, VT 05402
        (802) 951-6725
        Eugenia.Cowles@usdoj.gov

CERTIFICATE OF SERVICE

I, Katherine Whalen, Paralegal Specialist, do hereby certify that on July 30, 2018, I filed the OPPOSITION TO MOTION FOR RECONSIDERATION OF DETENTION with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic (NEF) to the following NEF party:

Steven L. Barth, Esq.

Dated at Burlington, Vermont this 30th day of July, 2018.

By:   */s/ Katherine Whalen*
Katherine Whalen
Paralegal Specialist
U.S. Attorney's Office
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
Katherine.whalen@usdoj.gov