NOTICE OF JURY DRAW AND JURY TRIAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                          Case No. 2:18-cr-049-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m., on, Tuesday, September 11, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw.  Jury Trial will commence immediately after Jury Draw.  Trial will be held from 9:00 a.m. until 4:30 p.m. September 12, 2018 through September 14, 2018.

Location: Courtroom 542                                     JEFFREY S. EATON, Clerk
                                                                                   By: */s/ Jennifer B. Ruddy*
                                                                                    Deputy Clerk
                                                                                    7/31/2018

TO:

Eugenia A. Cowles, AUSA

Steven L. Barth, AFPD

Anne Pierce, Court Reporter

PLEASE CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR JURY QUESTIONNAIRES AT 802-951-6395, EXT. 110.
ALL COUNSEL ARE DIRECTED TO CONTACT JENNIFER RUDDY, COURTROOM DEPUTY CLERK, AT 951-8127 OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES AND PROCEDURES FOR USING THE COURTROOM'S EVIDENCE PRESENTATION SYSTEM.