UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 AUG -7 AM 11: 26

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 2:18-cr-49-cr |
| ANGELO EFTHIMIATOS, | ) |

## ORDER

On July 31, 2018, Defendant Angelo Efthimiatos orally moved for authorization to have the United States Probation Office release his presentence report (PSR) from his former federal case in the Southern District of Iowa (3:13-cr-15) to defense counsel. Under Local Criminal Rule 57.1(a)(2), the court may authorize the disclosure of presentence reports if there is a compelling need for disclosure.

Counsel asserts that information provided in the Defendant's prior PSR is relevant to the instant case and that the defense needs access to this report in order to properly assess aspects of the Defendant's current case.

The court, having considered this application, finds compelling reason to authorize the disclosure of the Defendant's previous presentence report to defense counsel. The presentence report may not be further copied or distributed by the receiving party.

Accordingly, the Defendant's Motion is GRANTED. The United States Probation Office shall release the Defendant's prior presentence report from the Southern District of Iowa to defense counsel. The presentence report may not be further copied or distributed by the receiving party.

Dated at Burlington, Vermont this  day of August, 2018.

Christina Reiss, District Judge
United States District Court