UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.    )<br>)<br>ANGELO PETER EFTHIMIATOS, )<br>    Defendant, ) | Docket No. 2:18-cr-00049-cr-1 |

## MOTION TO WITHDRAW

NOW COMES Steven L. Barth, Assistant Federal Public Defender, counsel for defendant Angelo Efthimiatos, and respectfully requests an order allowing the Office of the Federal Public Defender to be withdrawn as counsel for Mr. Efthimiatos. This motion is based on the following:

Mr. Efthimiatos has expressed a lack of confidence in counsel's representation, and he wishes to proceed pro se.

WHEREFORE, counsel respectfully requests for the reasons stated that the Court grant this motion to withdraw from representing Mr. Angelo Efthimiatos.

Dated at Burlington this 21st day of August, 2018.

        By:    /s/ *Steven L. Barth*
               STEVEN L. BARTH
               Assistant Federal Public Defender
               Office of the Federal Public Defender
               126 College Street, Suite 410
               Burlington, VT 05401
               (802) 862-6990
               Counsel for Angelo Peter Efthimiatos

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.    )<br>)<br>ANGELO PETER EFTHIMIATOS, )<br>    Defendant, ) | Docket No. 2:18-cr-00049-cr-1 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2018, I electronically filed Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Assistant United States Attorney, Eugenia A. Cowles. via

eugenia.cowles@usdoj.gov

        By:    */s/ Marsha V. Curtis*
                  Marsha V. Curtis
                  Paralegal

                  Office of the Federal Public Defender
                  126 College Street, Suite 410
                  Burlington, Vermont   05401
                  (802) 862-6990