NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                                                 Case No. 2:18-cr-049-1

Angelo Peter Efthimiatos


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m., on, Tuesday, September 04, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a hearing on Motion to Withdraw as Attorney.

| | |
|---|---|
| Location: Courtroom 542 | JEFFREY S. EATON, Clerk |
| | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 8/23/2018 |

TO:

Eugenia A. Cowles, AUSA

Steven L. Barth, AFPD

Anne Pierce, Court Reporter