REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

  v.         Case No. 2:18-cr-049-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m., on, Wednesday, October 03, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw.

Location: Courtroom 542

JEFFREY S. EATON, Clerk
By: */s/  Jennifer B. Ruddy*
Deputy Clerk
9/4/2018

TO:

Eugenia A. Cowles, AUSA

Craig S. Nolan, Esq.

Anne Pierce, Court Reporter