NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                          Case No. 2:18-cr-049-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 09:00 a.m., on, Wednesday, December 05, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Trial.  Jury Trial will daily, from 9:00 a.m. until 4:30 p.m., through December 7, 2018.

Location: Courtroom 542                              JEFFREY S. EATON, Clerk
                                                                                 By: */s/ Jennifer B. Ruddy*
                                                                                 Deputy Clerk
                                                                                  9/14/2018

TO:

Eugenia A. Cowles, AUSA

Craig S. Nolan, Esq.

Anne Pierce, Court Reporter

\*\*\*ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.

\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNARIES AT (802) 951-6395 EXT. 110

\*\*PLEASE NOTIFY CHAMBERS OF CHANGES OF PLEA AS SOON AS POSSIBLE IN CASES THAT SETTLE.