UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket No. 2:18-cr-49 |
| | ) |
| ANEGELO PETER EFTHIMIATOS, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION TO SEAL *EX PARTE* COLLOQUY IN SEPTEMBER 4, 2018 TRANSCRIPT AND TO DESIGNATE AS *EX PARTE***

Angelo Peter Efthimiatos, by and through counsel, Craig S. Nolan, Esq., moves to seal a portion of the transcript of the September 4, 2018 hearing on AFPD Steven L. Barth, Esq.'s Motion to Withdraw as counsel for Mr. Efthimiatos and to designate that portion as *ex parte*. During the hearing, the Court excused the government from the courtroom and conducted an *ex parte* discussion with Attorney Barth and Mr. Efthimiatos regarding the reasons underlying the withdrawal request. The *ex parte* colloquy is transcribed at Page 3, Line 8 through Page 26, Line 15 of the September 4, 2018 transcript. Undersigned counsel requested the transcript because, as successor counsel to Mr. Barth, undersigned counsel needs a full understanding of information shared with the Court. Dissemination of the transcript to the government or the public would impair the defense, and would also discourage future defendants and defense counsel from engaging in open, frank discussions with the Court on the issue of withdrawal. Further, Mr. Efthimiatos spoke openly with the Court based on his understanding that the discussion was being conducted on an *ex parte* basis while the government was not present. Undersigned counsel has conferred with AUSA Eugenia A.P. Cowles, Esq., and is authorized to represent that the government stipulates to this motion.

Dated at Burlington, Vermont, this 17th day of October, 2018.

**ANGELO PETER EFTHIMIATOS**

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

## CERTIFICATE OF SERVICE

I, Craig S. Nolan, counsel for Angelo Peter Efthimiatos, do hereby certify that on October 17, 2018, I electronically filed with the Clerk of Court the following document:

**STIPULATED MOTION TO SEAL *EX PARTE* COLLOQUY IN SEPTEMBER 4, 2018 TRANSCRIPT AND TO DESIGNATE AS *EX PARTE***

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

AUSA Eugenia A. Cowles, Esq.
U.S. Attorney's Office
11 Elmwood Avenue
P.O. Box 570
Burlington, VT  05403
eugenia.cowles@usdoj.gov

Dated at Burlington, Vermont this 17th day of October, 2018.

**ANGELO PETER EFTHIMIATOS**

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com