NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                  Case No. 2:18-cr-049-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 02:00 p.m., on, Monday, November 19, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Charge Conference.

Location: Courtroom 542                                JEFFREY S. EATON, Clerk
                                                                      By: */s/ Jennifer B. Ruddy*
                                                                      Deputy Clerk
                                                                      10/19/2018

TO:

Eugenia A. Cowles, AUSA

Craig S. Nolan, Esq.

Anne Pierce, Court Reporter