# Exhibit B

| | |
|---|---|
| **From:** | Jennifer_Ruddy@vtd.uscourts.gov |
| **To:** | Cowles, Eugenia (USAVT) |
| **Cc:** | Craig S. Nolan; Donna M. Sims |
| **Subject:** | RE: New Criminal Case? |
| **Date:** | Tuesday, September 04, 2018 1:35:31 PM |

Hi Geni,

Thanks. I will let the judge know the proposed trial dates and about the request for alternates. I'll get back to you both if she thinks we should change anything about our plan. I'll docket the Jury Draw notice once Craig is officially on the docket (which should be this afternoon).

Jen



**U.S. DISTRICT COURT- DISTRICT OF VERMONT**
Jennifer Ruddy  Tel: (802) 951-8127
Courtroom Deputy  http://www.vtd.uscourts.gov
Chief Judge Christina Reiss

| | |
|---|---|
| From: | "Cowles, Eugenia (USAVT)" <Eugenia.Cowles@usdoj.gov> |
| To: | "Craig S. Nolan" <cnolan@sheeheyvt.com>, "'Jennifer_Ruddy@vtd.uscourts.gov'" <Jennifer_Ruddy@vtd.uscourts.gov> |
| Cc: | "Donna M. Sims" <dsims@sheeheyvt.com> |
| Date: | 09/04/2018 12:52 PM |
| Subject: | RE: New Criminal Case? |

Those dates look fine for me. I have reentry court with Judge Conroy the morning of 10/3, but can arrange for coverage if the judge needs us before 11.

Can we ask for some extra alternates for the jury given the delay between jury selection (10/3) and trial 12/5?

Geni

**From:** Craig S. Nolan <cnolan@sheeheyvt.com>
**Sent:** Tuesday, September 4, 2018 12:02 PM
**To:** 'Jennifer_Ruddy@vtd.uscourts.gov' <Jennifer_Ruddy@vtd.uscourts.gov>
**Cc:** Donna M. Sims <dsims@sheeheyvt.com>; Cowles, Eugenia (USAVT) <ECowles@usa.doj.gov>
**Subject:** RE: New Criminal Case?

Perfect for me.

Craig S. Nolan
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
PO Box 66

(802) 345-6775 (mobile)
cnolan@sheeheyvt.com
www.sheeheyvt.com

CONFIDENTIALITY NOTICE: This email is intended only for the use of the recipient(s) named above and may be subject to the attorney-client and/or work product privileges, neither of which is waived by this transmission. If you received this email in error, please immediately notify the sender by reply email or phone (802-864-9891) and destroy this communication. Thank you.

**From:** Jennifer_Ruddy@vtd.uscourts.gov <Jennifer_Ruddy@vtd.uscourts.gov>
**Sent:** Tuesday, September 04, 2018 11:56 AM
**To:** Craig S. Nolan <cnolan@sheeheyvt.com>; Eugenia (Genie) Cowles <Eugenia.Cowles@usdoj.gov>
**Cc:** Donna M. Sims <dsims@sheeheyvt.com>
**Subject:** RE: New Criminal Case?

Hi Craig,

Thanks so much. The judge is fine if we hold a draw on Wednesday, October 3. Geni, does that work for you? As far as potential trial dates--we'd have to look at November 26 as the trial start date. That's the earliest we could fit this in given another trial in October and the judge's schedule.

Jen



**U.S. DISTRICT COURT- DISTRICT OF VERMONT**
Jennifer Ruddy                    Tel: (802) 951-8127
Courtroom Deputy              http://www.vtd.uscourts.gov
Chief Judge Christina Reiss

From:       "Craig S. Nolan" <cnolan@sheeheyvt.com>
To:         "'Jennifer_Ruddy@vtd.uscourts.gov'" <Jennifer_Ruddy@vtd.uscourts.gov>
Cc:         "Donna M. Sims" <dsims@sheeheyvt.com>
Date:       09/04/2018 11:46 AM
Subject:    RE: New Criminal Case?

Jen, I would be pleased to represent Mr. Efthimiatos. We have no conflicts. As you and I discussed, I am not available for a jury draw on October 2, but can be available October 1 (until my 2:30 pm sentencing before WKS), October 3 and October 4.

Craig S. Nolan
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
PO Box 66
Burlington, VT 05402-0066
(802) 864-9891 (voice)

received this email in error, please immediately notify the sender by reply email or phone (802-864-9891) and destroy this communication. Thank you.

**From:** Jennifer_Ruddy@vtd.uscourts.gov <Jennifer_Ruddy@vtd.uscourts.gov>
**Sent:** Tuesday, September 04, 2018 11:21 AM
**To:** Craig S. Nolan <cnolan@sheeheyvt.com>
**Subject:** New Criminal Case?

Hi Craig,

Wondering if you're able to take over a criminal case? Docket is: 18-cr-049. US v. Angelo Peter Efthimiatos. Pending count is as follows:

49:46306(b)(7).F REGISTRATION VIOLATIONS NON-AIR TRANSPORTATION AIRCRAFT- knowingly piloted an aircraft without an airman's certificate
(1)

He's got 31 days left on speedy trial. At this point, it appears that he wants to head to trial. We had a prior Jury Draw date in this case of 9/11. Jury Draw/Trial were continued (you can see why 9/11 would not have been a good date to hold Jury Draw in this case given his pending charge). Steven Barth then filed his motion to wd as counsel. That motion was granted today.


Jen




**U.S. DISTRICT COURT- DISTRICT OF VERMONT**
Jennifer Ruddy                         Tel: (802) 951-8127
Courtroom Deputy              http://www.vtd.uscourts.gov
Chief Judge Christina Reiss