AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

United States of America

V.

Angelo Peter Efthimiatos

**EXHIBIT AND WITNESS LIST**

Case Number: 2:18-cr-049

| PRESIDING JUDGE<br>Christina Reiss, District Judge | PLAINTIFF'S ATTORNEY<br>E. Cowles, AUSA and N. Cate, AUSA | DEFENDANT'S ATTORNEY<br>Craig Nolan, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>11/29/2018 | COURT REPORTER<br>Anne Henry, Court Reporter | COURTROOM DEPUTY<br>Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| B | | 11/29/2018 | yes | yes | Transcript. CM/ECF 2:18-cr-049, Doc 58-2. |
| C | | 11/29/2018 | yes | yes | Transcript. CM/ECF 2:18-cr-049, Doc. 58-3. |
| D | | 11/29/2018 | yes | yes | Clips of recorded interview on CD |
| | | | | | |
| | 1 | 11/29/2018 | yes | yes | Agent Hope Report. CM/ECF 2:18-cr-049, Doc. 58-1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witness |
| | | | | | Brandon Hope |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages