NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                      Case No. 2:18-cr-049

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m., on, Tuesday, December 04, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Telephone Conference.

Location: Courtroom 542                             JEFFREY S. EATON, Clerk
                                                                           By: */s/ Jennifer B. Ruddy*
                                                                               Deputy Clerk
                                                                               12/4/2018

TO:

Eugenia A. Cowles, AUSA
Nicole Cate, AUSA

Craig S. Nolan, Esq.

Anne Pierce, Court Reporter