UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ANGELO PETER EFTHIMIATOS, )<br>)<br>*Defendant.* ) | Docket No. 2:18-cr-49 |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS**

Angelo Peter Efthimiatos, by and through counsel, Craig S. Nolan, Esq., moves to extend the time to file post-trial motions from January 7, 2019 to January 21, 2019. The extension is necessary to permit the undersigned to adequately review the full trial transcripts to prepare post-trial motions (14 pages of defendant's Rule 29 motion were provided on December 28, 2018). On December 7, 2018, undersigned counsel's office submitted a request to obtain copies of the full trial transcripts in anticipation of filing post-trial motions. On December 28, 2018, undersigned's office contacted the court reporter, who indicated the full transcripts will not likely be completed until January 14, 2019. Undersigned counsel's office conferred with Assistant United States Attorneys Eugenia A.P. Cowles and Nicole P. Cate, who indicated that the government does not oppose this Motion.

For the foregoing reasons, Mr. Efthimiatos requests an extension of time to file post-trial motions from January 7, 2019 to January 21, 2019.

Dated at Burlington, Vermont, this 28th day of December, 2018.

**ANGELO PETER EFTHIMIATOS**

By:  */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

## CERTIFICATE OF SERVICE

I, Craig S. Nolan, counsel for Angelo Peter Efthimiatos, do hereby certify that on December 28, 2018, I electronically filed with the Clerk of Court the following document:

**UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-TRIAL MOTIONS**

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

AUSA Eugenia A. P. Cowles, Esq.
AUSA Nicole P. Cate, Esq.
U.S. Attorney's Office
11 Elmwood Avenue
P.O. Box 570
Burlington, VT  05403
eugenia.cowles@usdoj.gov
nicole.cate@usdoj.gov

Dated at Burlington, Vermont this 28th day of December, 2018.

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com