SECOND REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                             Case No. 2:18-cr-049-01

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m., on, Thursday, April 11, 2019, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

| | |
|---|---|
| Location: Courtroom 542 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM 2/21/2019 at 2:00 p.m.* | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 2/5/2019 |

TO:

Eugenia A. Cowles, AUSA
Nicole Cate, AUSA

Craig S. Nolan, Esq.

Court Reporter

*The court has allotted one (1) hour for this hearing. Please contact the court if you anticipate your hearing will exceed the time allotted.*