# NOTICE OF APPEAL

## United States District Court

_____ District of Vermont _____

Caption:

United States of America v.

Angelo Peter Efthimiatos

Docket No.: 2:18-cr-49

Christina Reiss
(District Court Judge)

Notice is hereby given that Angelo Peter Efthimiatos appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ _____ (specify) entered in this action on April 12, 2019.
(date)

This appeal concerns: Conviction only |✔| Sentence only |  | Conviction & Sentence |  | Other |  |

Defendant found guilty by plea |  | trial |✔| N/A |  |.

Offense occurred after November 1, 1987? Yes |✔| No [   ] N/A [   ]

Date of sentence: April 11, 2019    N/A |  |

Bail/Jail Disposition: Committed |✔| Not committed |  | N/A |  |

Appellant is represented by counsel? Yes |✔| No |  | If yes, provide the following information:

Defendant's Counsel: Craig S. Nolan, Esq., Sheehey Furlong & Behm P.C.

Counsel's Address: 30 Main Street, 6th Floor, P.O. Box 66

Burlington, VT 05402-0066

Counsel's Phone: (802) 864-9891

Assistant U.S. Attorney: Eugenia A.P. Cowles, AUSA/Nicole P. Cate, AUSA , U.S. Attorney's Office

AUSA's Address: 11 Elmwood Avenue, P.O. Box 570

Burlington, VT 05402-0570

AUSA's Phone: (802) 951-6725

April 17, 2019                   /s/ Craig S. Nolan
Date                                     Signature

## **CERTIFICATE OF SERVICE**

I, Craig S. Nolan, Esq., counsel for Angelo Peter Efthimiatos, do hereby certify that on April 17, 2019, I electronically filed with the Clerk of Court the following document:

## **NOTICE OF APPEAL**

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Eugenia A.P. Cowles, AUSA
Nicole P. Cate, AUSA
U.S. Attorney's Office
11 Elmwood Avenue
P.O. Box 570
Burlington, VT  05401
eugenia.cowles@usdoj.gov
nicole.cate@usdoj.gov

Dated at Burlington, Vermont this 17th day of April, 2019

By: */s/ Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
cnolan@sheeheyvt.com