UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA
    Plaintiff/Appellee

                vs.

Circuit No. 19-1023

District No. 2:18-cr-49-1

ANGELO PETER EFTHIMIATOS
    Defendant/Appellant.

## REVISED INDEX

A.      Docket sheet.

B.      Transcript of Charge Conference and Reconsideration of Detention Order dated November 19, 2018.

        Transcript of Rule 32.1 Hearing on Motion for Reconsideration of Order Setting Conditions of Release dated November 21, 2018.

        All filed documents are accessible through District Court CM/ECF

C.      Clerk's Certification.

# U.S. District Court
## District of Vermont (Burlington)
### ABRIDGED CRIMINAL DOCKET FOR CASE #: 2:18−cr−00049−cr All Defendants
*Efthimiatos_A2*

Case title: USA v. Efthimiatos
Magistrate judge case number: 2:18−mj−00038−jmc

Date Filed: 04/26/2018
Date Terminated: 04/12/2019

Assigned to: Judge Christina Reiss

**Defendant (1)**

**Angelo Peter Efthimiatos**　　　　　represented by　**Craig S. Nolan , Esq.**
*TERMINATED: 04/12/2019*　　　　　　　　　　　　　　Sheehey Furlong & Behm P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　30 Main Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 66
　　　　　　　　　　　　　　　　　　　　　　　　　　Burlington, VT 05402−0066
　　　　　　　　　　　　　　　　　　　　　　　　　　(802) 864−9891
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (802) 864−6815
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: cnolan@sheeheyvt.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven L. Barth , AFPD**
　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　District of Vermont
　　　　　　　　　　　　　　　　　　　　　　　　　　126 College Street, Suite 410
　　　　　　　　　　　　　　　　　　　　　　　　　　Burlington, VT 05401
　　　　　　　　　　　　　　　　　　　　　　　　　　(802) 862−6990
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Steven_Barth@fd.org
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 09/04/2018*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 49:46306(b)(7).F REGISTRATION VIOLATIONS NON−AIR TRANSPORTATION AIRCRAFT− knowingly piloted an aircraft without an airman's certificate (1) | Imprisonment for a term of 15 months, concurrent to the sentence imposed in the Southern District of Iowa, Docket. 3:13−cr−00015, with credit for time served |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 49:46317.F – PILOTS OPERATING IN AIR TRANSPORTATION WITHOUT A CERTIFICATE | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Eugenia A. Cowles , AUSA**<br>United States Attorney's Office<br>District of Vermont<br>P.O. Box 570<br>Burlington, VT 05402–0570<br>(802) 951–6725<br>Email: eugenia.cowles@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Nicole P. Cate , AUSA**<br>United States Attorney's Office<br>District of Vermont<br>P.O. Box 570<br>Burlington, VT 05402–0570<br>(802) 951–6725<br>Email: nicole.cate@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2019 | 106 | TRANSCRIPT of Charge Conference and Reconsideration of Detention Order hearing held on 11/19/2018 before Judge Christina Reiss as to Angelo Peter Efthimiatos re 100 Notice of Appeal – Final Judgment. Court Reporter/Transcriber Anne Pierce, telephone number 802–793–9080. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2019. Redacted Transcript Deadline set for 7/1/2019. Release of Transcript Restriction set for 8/29/2019. (jbr) (Entered: 05/28/2019) |
| 05/28/2019 | 108 | TRANSCRIPT of Rule 32.1 Hearing (docket 18–cr–136), Hearing on Motion for Reconsideration of Order Setting Conditions of Release hearing held on 11/21/2018 before Judge Christina Reiss as to Angelo Peter Efthimiatos re 100 Notice of Appeal – Final Judgment. Court Reporter/Transcriber Anne Pierce, telephone number 802–793–9080. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/21/2019. Redacted Transcript Deadline set for 7/1/2019. Release of Transcript Restriction set for 8/29/2019. (jbr) (Entered: 05/28/2019) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA
    Plaintiff/Appellee

vs.

Circuit No. 19-1023

District No. 2:18-cr-49-1

ANGELO PETER EFTHIMIATOS
    Defendant/Appellant.

## CLERK'S CERTIFICATION

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the electronic index comprises the foregoing docket entries, and constitutes the Revised Supplemental Record on Appeal.

    In testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont this 28th day of May, 2019.

JEFFREY S. EATON
Clerk of Court

By: */s/ Gail Greenia*
Deputy Clerk