UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL 23  AM 10: 04

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 2:18-cr-49-1 |
| | ) |
| ANGELO PETER EFTHIMIATOS | ) |

## ORDER RELEASING COLLATERAL

On April 11, 2019 the above-named defendant, Angelo Peter Efthimiatos, was sentenced by the Court to a term of 15 months imprisonment concurrent to the sentence imposed in the Southern District of Iowa, with credit for time served to be followed by one year of supervised release. Based on this fact, it is hereby

**ORDERED** that the defendant's U.S. Passport currently being held by the Clerk, U.S. District Court in the above-entitled proceeding, be hereby released and returned to the defendant at:

>Craig S. Nolan, Esq.
>Sheehey Furlong & Behm P.C.
>30 Main Street, 6th Floor
>P.O. Box 66
>Burlington, VT 05402-0066

Dated at Burlington in the District of Vermont, this __23rd__ day of July, 2019.

_Christina Reiss_
U.S. District Judge